IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT MCNAIRY,

    Petitioner,                                           JUDGMENT IN A CIVIL CASE

v.                                                         Case No. 15-cv-97-jdp

L.C. WARD,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Robert McNairy's petition for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice.

    /s/                                                             4/5/2016

    Peter Oppeneer, Clerk of Court                          Date